**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2008**

---

WILLIAM HOLT COBB,

                             Plaintiff - Appellant,

      versus

STATE OF WEST VIRGINIA,

                             Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph Robert Goodwin, District Judge.  (CA-99-335-2)

---

Submitted:  September 8, 1999     Decided:  September 23, 1999

---

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

William Holt Cobb, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Holt Cobb seeks to appeal the district court's order denying relief without prejudice on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge to dismiss Cobb's petition for failure to exhaust state court remedies and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Cobb v. West Virginia, No. CA-99-335-2 (S.D.W. Va. June 16, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" June 15, 1999, the district court's records show that it was entered on the docket sheet on June 16, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).